**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **EPAMBELA KACHOMA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1329-R** |
| | ) | |
| **FRED FIGUEROA, et al.,** | ) | |
| | ) | |
| **Respondents** | ) | |

**ORDER**

Challenging his detention by Immigration and Customs Enforcement, Petitioner, Mr. Epambela Kachoma, seeks release from detention or a prompt bond hearing from this Court through a writ of habeas corpus under 28 U.S.C. § 2241. [Doc. No. 1]. The Court referred Mr. Kachoma's petition to United States Magistrate Judge Amanda L. Maxfield. [Doc. No. 3]. Respondents then informed the Court that it removed Mr. Kachoma to the Democratic Republic of the Congo on August 2, 2026. [Doc. No. 10]. So Judge Maxfield recommended that the Court dismiss Mr. Kachoma's Petition as moot.[1] [Doc. No. 11].

The Court agrees that Mr. Kachoma's petition is moot, ADOPTS the Report and Recommendation, Doc. No. 11, and DISMISSES Mr. Kachoma's habeas petition, Doc. No. 1, as MOOT. *Bakhronov v. Mullin*, No. CIV-26-246-J, 2026 WL 1408613 at *1 (W.D. Okla. May 19, 2026).

[1] No party objected to Judge Maxfield's R&R.

IT IS SO ORDERED this 28th day of September.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE